# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| HANOVER INSURANCE COMPANY ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Case: 1:13-cv-04260 |
| GROEB FARMS, INC., *et al.*, ) | |
| ) | Honorable Robert W. Gettleman |
| Defendants. ) | |

## PLAINTIFF'S RULE 41(a)(1)(i) NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff, Hanover Insurance Company dismisses this action, including all claims asserted therein. No defendant has served a responsive pleading, and no evidence has been introduced at trial.

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Perry M. Shorris
One of the Attorneys for Plaintiff
Hanover Insurance Company

Jeffrey A. Goldwater (ARDC # 6189014)
Perry M. Shorris (ARDC # 6216843)
LEWIS BRISBOIS BISGAARD & SMITH LLP
550 West Adams Street, Suite 300
Chicago, Illinois 60661
Phone: (312) 345-1718
Jeffrey.Goldwater@lewisbrisbois.com
Perry.Shorris@lewisbrisbois.com

## Certificate of Service

I hereby certify that on October 6, 2015, I filed and served the foregoing with the Clerk's Office for the U.S. District Court for the Northern District of Illinois, using the CM/ECF filing system, which will notify all parties of record via electronic service.

By: /s/ Perry M. Shorris

4817-6138-4233.1